## STATE *ex rel.* v. EWERS.

No. 1349.   Opinion Filed January 10, 1911.

*Original Proceeding for Disbarment.*

Proceeding by the State, on the relation of J. D. Cox and others, against J. J. Ewers. Report of referee approved.

*W. W. Hastings* and *J. D. Cox,* for relator.

*Bruce Keenan,* for respondent.

PER CURIAM. The report and recommendation of the referee, W. J. Harton, Esq., is hereby approved. The respondent, J. J. Ewers, is, accordingly, suspended from the practice of the law in the state of Oklahoma for the period of sixty days from the date hereof. Let the costs of this proceeding be taxed against the respondent.